In the Matter of PHILIP L. SINGER et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Defendant, and NATHAN UDELL, Intervener, Respondent.

Argued March 4, 1953; decided April 16, 1953.

*Mordecai Dancis* for appellants.

*Daniel M. Shientag* and *Jerome Drazen* for intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.